# Order

February 5, 2020

159660-1(83)

MAEGAN TURNER, by WALTER SAKOWSKI,
Conservator,
          Plaintiff,

and

RIVERVIEW MACOMB HOME &
ATTENDANT CARE, LLC,
          Intervening Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
          Defendant/Cross-Plaintiff/
          Cross-Defendant-Appellee,

and

ENTERPRISE LEASING CORPORATION OF
DETROIT, LLC and EAN HOLDINGS, LLC,
          Defendants/Cross-Defendants-
          Appellants,

and

ESTATE OF JASON PUCKETT, by GARY
DUANE RUPP, Personal Representative,
          Defendant/Cross-Plaintiff,

and

PATSY VILLNEFF and TAMERA HARPER,
          Defendants/Cross-Defendants.
_____/

SC: 159660
COA: 339624
Wayne CC: 16-002031-NF

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JONTE EVERSON,
   Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
   Defendant/Third-Party
   Plaintiff-Appellee,

and

ENTERPRISE LEASING COMPANY,
   Third-Party Defendant-Appellant.
_____/

SC: 159661
COA: 339815
Washtenaw CC: 16-000359-NF

   On order of the Chief Justice, the motion of the Michigan Automobile Insurance Placement Facility to participate as an amicus curiae and to file an amicus brief within the time allowed by MCR 7.312(H)(3) is GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020

Clerk